IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRANS-HIGH CORPORATION INC., d/b/a High Times, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-00752 |
| SHARIK KERAWALA, d/b/a IQRA GROUP, HIGH TIMES LIFESTYLE and/or HIGH TIMES SMOKESHOP; SHALOM TRADING, LLC d/b/a HIGH TIMES SMOKESHOP and; JOHN DOES 1-10 and XYZ CORPORATIONS 1-10, *Defendants*. | § § § § § § § § | JURY TRIAL DEMANDED |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shalom Trading, LLC d/b/a High Times Lifestyle ("Shalom Trading") files this Corporate Disclosure Statement and makes the following disclosures:

Shalom Trading has no parent corporation, and no publicly held corporation owns 10% or more of Shalom Trading's stock.

Respectfully submitted, this 17th day of December, 2014.

                                         */s/ Dyan M. House*
                                         Dyan M. House
                                         dhouse@carterscholer.com
                                         Texas Bar No. 24036923
                                         Linda R. Stahl
                                         lstahl@carterscholer.com
                                         Texas Bar No. 00798525
                                         **CARTER SCHOLER ARNETT**
                                         **HAMADA & MOCKLER, PLLC**
                                         8150 N. Central Expy., 5th Floor
                                         Dallas, Texas 75206
                                         Telephone: (214) 550-8188

Telecopier: (214) 550-8185

**ATTORNEYS FOR DEFENDANTS SHARIK KERAWALA AND SHALOM TRADING, LLC D/B/A HIGH TIMES LIFESTYLE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all known counsel of record via the Court's CM/ECF filing on December 17, 2014, pursuant to Local Rule CV-5(a)(3).

  */s/ Dyan M. House*
Dyan M. House